H. EDGAR NEAD, Respondent, *v.* NICOLA DI LEVA et al., Appellants.

Argued January 18, 1946; decided March 7, 1946.

*Philip J. Cirillo* and *Joseph A. Romano* for appellants.
*John P. McNamee* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.